Opinion issued November
30, 2011.

 

 



 

 

 

 

 

 

In The

Court of Appeals

For The

First District of
Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-09-00369-CV

____________

 








IN THE INTEREST OF B.D., A.D, D.D., AND D.D.

 

 

On Appeal from the 311th District Court

Harris County, Texas

Trial Court Case No. 2007-62291

 

 



MEMORANDUM OPINION

 








Appellants
Jacqueline Kennedy and Gina Davis have failed to timely file a brief.  See Tex.
R. App. P. 38.8(a) (failure of appellant to file brief).  After being notified that this appeal was
subject to dismissal, appellants did not adequately respond.  See Tex.
R. App. P. 42.3(b) (allowing involuntary dismissal of case).

We
dismiss the appeal for want of prosecution for failure to timely file a
brief.  

We deny
appellee’s motion for rehearing on the court’s order requiring the reporter’s
record to be filed without cost to the appellants.  We dismiss any other pending motions as moot.

 

PER CURIAM

 

Panel consists of Chief Justice
Radack and Justices Bland and Huddle.